UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

—————————————

JEFFREY JACKSON,

        Plaintiff,                            Case No.  1:10-CV-01254

v.                                         HON. GORDON J. QUIST

CATHOLIC CHARITIES OF WEST
MICHIGAN,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Plaintiff, Jeffrey Jackson, has objected to the magistrate judge's report and recommendation, issued January 6, 2011, recommending that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. Having conducted a de novo review of the report and recommendation and Plaintiff's timely objections, the Court concludes that the report and recommendation should be adopted and the case dismissed.

The complaint alleges that Plaintiff "suffered from a dog injury" and was later unfairly terminated from a counseling program even though he needs counseling. Plaintiff's brief objections, comprised of but four sentences, add no additional facts which, if proven, could entitle him to relief. Instead, he makes only the conclusory allegation that the report and recommendation is void and without legal effect because his due process rights were violated by Catholic Charities of West Michigan. Not only does he fail to add any factual support to his claims, he also fails to cite any legal authority for his position. The Court agrees with the magistrate judge that, even construing the complaint liberally in Plaintiff's favor, it appears "beyond doubt that the plaintiff can prove no

set of facts in support of his claim which would entitled him to relief. *Herron v. Harrison*, 203 F.3d 410, 414 (6th Cir. 2000) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)). Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (docket no. 4) is **APPROVED AND ADOPTED** as the Opinion of the Court, and Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

This case is concluded.


Dated: March 1, 2011                                    /s/ Gordon J. Quist
                                                        GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE